## Management Science Associates, Inc. *v.* Pram Laboratories, Inc., Appellant.

Argued November 14, 1972. *Donald W. Bebenek*, with him *Raymond H. Conaway*, and *Meyer, Darragh, Buckler, Bebenek & Eck*, for appellant; *David B. Fawcett, Jr.*, with him *Dickie, McCamey & Chilcote*, for appellee.

Judgment affirmed.

## Mitnick, Appellant, *v.* Airline Freight, Inc.

Argued December 11, 1972. *Robert C. Daniels*, with him *Arnold J. Wolf*, and *Freedman, Borowsky and Lorry*, for appellant; *Steven R. Waxman*, with him *Bolger and Picker*, for appellee.

Order affirmed.

## Pauline's Bridal Shop *v.* Richard J. Seltzer, Inc., Appellant.

Argued December 12, 1972. *Daniel R. Sherzer*, with him *Paul Sandler, Andrew F. Napoli*, and *Cohen, Bellis & Verlin*, for appellant; *Joseph Matusow*, with him *Irving Marks*, for appellee.

Order affirmed.